BEFORE THE FIRST DIVISION, JANUARY 8, 1952

No. 56231.—James F. Farrell et al. v. United States, protests 129404–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56232.—Cathay Crafts Corp. et al. v. United States, protests 135576–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56233.—Robinson-Wagner Co., Inc. v. United States, protests 158822–K and 164210–K (New York).

Opinion by COLE, J. The protests were dismissed.

No. 56234.—Wilson & Co., Inc. (Wilson Laboratories Division) v. United States, protest 170375–K (New York).

Opinion by COLE, J. The protest was dismissed.

No. 56235.—American Roland Corp. v. United States, protests 174391–K (A), etc. (New York).

Opinion by COLE, J. The protests were dismissed.

No. 56236.—Sandoz Chemical Works, Inc. v. United States, protest 169486–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Nilo P, a combination of castor oil, oleic acid, and caustic potash, similar in all material respects to that the subject of Abstract 55174, the claim of the plaintiff was sustained.